**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ERIC WILLIAMS                                                                                                        PLAINTIFF
ADC #111620

v.                                                       No. 2:06CV00220 JLH

ANDREW, Major,
East Arkansas Regional Unit, *et al*.                                                           DEFENDANTS

**ORDER**

Eric Williams has filed a pro se motion to vacate the judgment. The judgment was entered on January 4, 2007. The motion to vacate the judgment was filed on February 26, 2007. That motion recites that it is filed pursuant to Rule 59 of the Federal Rules of Civil Procedure. Rule 59(b) provides, "Any motion for a new trial shall be filed no later than ten days after entry of the judgment." The motion to vacate the judgment was filed fifty-three (53) days after entry of the judgment. Therefore, it is untimely. The motion to vacate the judgment is DENIED. Document #20.

IT IS SO ORDERED this 1st day of March, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE